UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL THOMAS ,

                Defendant.

**ORDER**

23 Cr. 38-4 (ER)

Ramos, D.J.:

    Lorraine Gauli-Rufo is reappointed as CJA counsel to represent Mr. Thomas in connection with his violation of supervised release as of June 20, 2025.

SO ORDERED.

Dated:  New York, New York
         June 25, 2025

                                              Edgardo Ramos, U.S.D.J.